

# THE THIRTEENTH COURT OF APPEALS

13-19-00618-CV

Nationstar Mortgage LLC d/b/a Mr. Cooper
v.
Stephen S. L. Earley and Dorothy Ann Earley

On appeal from the
444th District Court of Cameron County, Texas
Trial Cause No. 2016-DCL-03839

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appellant's petition for permissive interlocutory appeal, concludes that appellant has not shown its entitlement to permissive interlocutory appeal. Accordingly, the petition for permissive interlocutory appeal is DENIED in accordance with its opinion. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

January 16, 2020